UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re:

CZARNIKOW-RIONDA SUGAR TRADING INC.

Chapter 7
Case No. 99-10497 (RDD)

Debtor.
-----------------------------------------------------------------------X

## AMENDED PROPOSED DISTRIBUTION REPORT

    I, Kenneth P. Silverman, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have, consistent with the proposed distribution, been reviewed, and all orders of Court have been examined, and state that based on the review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Liens | $ 0.00* |
| Chapter 7 Administrative Expenses: | $ 371,677.98 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims [§507(a)(2)-(a)(7),(9)]: | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Claims [§507(a)(8)] | $ 8,250.00 |
| General Unsecured Claims: | $ 581,789.16* |
| Funds Paid to Third Parties | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 961,717.14 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a) and (b) and Section 507(a)(1) [Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)] | $1,420,840.20 | $1,049,162.22 (Balance due of $371,677.98) | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| --- | KENNETH P. SILVERMAN, ESQ., TRUSTEE - COMMISSIONS | $136,981.49 | $0.00 | $136,981.49[1] |
| --- | SILVERMAN PERLSTEIN & ACAMPORA LLP - FEES | $636,524.20 | $547,013.20 | $89,511.00 |
| --- | SILVERMAN PERLSTEIN & ACAMPORA LLP - EXPENSES | $26,203.12 | $21,577.29 | $4,625.83 |
| --- | BDO SEIDMAN, LLP 330 MADISON AVENUE NEW YORK, NY 10017 FEES | $468,390.70 | $406,241.58 | $62,149.12 |
| --- | BDO SEIDMAN, LLP 330 MADISON AVENUE NEW YORK, NY 10017 EXPENSES | $2,483.44 | $1,409.20 | $1,074.24 |
| --- | FISCHER & MANDELL LLP 546 FIFTH AVENUE 15TH FLOOR NEW YORK, NY 10036 | $20,548.00 | $13,376.70 | $7,171.30 |

---

[1] This figure is inclusive of the Trustee's commissions awarded in the amount of $115,981.49 and $21,000 506(c) payment from the secured parties.

|   |   |   |   |   |
|---|---|---|---|---|
|   | FEES<br>FISCHER & MANDELL LLP<br>546 FIFTH AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10036<br>EXPENSES | $435.00 | 420.00 | 15.00 |
| --- | RICARDO TEPPEDINO, ESQ. | $76,500.00 | $0.00 | $76,500.00[2] |
| 30 | BRAUNER BARON ROSENZWEIG & KLEIN LLP<br>ALAN NISSELSON, ESQ.<br>61 BROADWAY, 18TH FLOOR<br>NEW YORK, NY 10006<br>FEES | $90,000.00 | $90,000.00 | $0.00 |
| --- | DAVID R. MALTZ & CO., INC. – AUCTIONEER<br>155 TERMINAL DRIVE<br>PLAINVIEW, NEW YORK 11803<br>FEES | $2,139.50 | $2,139.50 | $0.00 |
| --- | DAVID R. MALTZ & CO., INC. – AUCTIONEER<br>155 TERMINAL DRIVE<br>PLAINVIEW, NEW YORK 11803<br>EXPENSES | $6,984.75 | $6,984.75 | $0.00 |
|   | CLERK OF THE U.S. BANKRUPTCY COURT | $150.00 | $0.00 | $150.00 |

---

[2] This figure includes the final distribution due Ricardo Teppedino, Esq. of $70,000.00, plus the $6,500.00 agreed upon by the secured bank group to cover costs to file protests in Brazil.

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a) and (b) and Section 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(2) Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(3) - Wages, salaries or commissions limited to $10,000 | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(4) Contributions to Employee Benefit Plans | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925 | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(6) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(7) Alimony, Maintenance and Support | $0.00 | 0.00% | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Liens | $55,592,376.37 | $1,200,000.00 (Received Interim Distribution of 2.78%) | 0.00% |
| CLAIM NUMBER   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
| 18   FORTIS (USA) FINANCE LLC | $12,500,000.00 | $347,946.02 | $0.00 |
| 33   SOCIETE GENERALE | $11,845,652.29 | $329,731.80 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 34 | SOCIETE GENERALE | $3,485,493.00 | $0.00[3] | $0.00 |
| 37 | STANDARD BANK LONDON LTD. | $13,598,077.00 | $378,511.73 | $0.00 |
| 38A | BANQUE WORMS | $10,352,710.01 | $0.00[4] | $0.00 |
| 45 | CREDIT AGRICOLE INDOSUEZ | $5,166,406.54 | $143,810.45 | $0.00 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---:|---:|---:|
| Section 724(b) - Tax Liens | $0.00 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---:|---:|---:|

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---:|---:|---:|
| Section 507(a)(8) - Tax claims excluding fines and penalties | $8,250.00 | 0.00% | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---:|---:|---:|
| 2 | NYC DEPT. OF FINANCE BANKRUPTCY & ASSIGNMENT UNIT 345 ADAMS ST. 10TH FLOOR BROOKLYN, NY 11201 | $8,250.00 | $0.00 | $8,250.00 |

---

[3] The interim distribution was based on an analysis of security interest of the secured parties, their respective priority as reflected in the UCC-1 Filing Statements, and was made upon notice to all secured parties. As such, no interim distribution was made to Societe Generale and there will be no final distribution on their secured claim.

[4] The interim distribution was based on an analysis of security interest of the secured parties, their respective priority as reflected in the UCC-1 Filing Statements, and was made upon notice to all secured parties. As such, no interim distribution was made to Banque Worms and there will be no final distribution on their secured claim.

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a)(2) General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $80,272,590.09 | 0.00% | 0.72% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| - | Compania Azucarera Salvadorens, S.A. c/o Law Offices of Michael S. Hacker 200 South Biscayne Blvd., Ste 3800 Miami, FL 33131-2310 | $164,160.00 | $0.00 | $1,373.83 |
| 18B | Fortis (USA) Finance LLC 520 Madison Avenue New York, NY 10022 | $12,152,053.98 | $0.00 | $11,698.70 |
| 45B | Credit Agricole Indosuez Attn: Valerie Ollier 520 Madison Avenue New York, NY 10022 | $5,022,596.09 | $0.00 | $42,033.35 |
| 1 | Sprint 8330 Ward Parkway Kansas City, MO 64114 | $3,732.33 | $0.00 | $31.24 |
| 3 | Vista Software Services Inc. 150 White Plains Road Tarrytown, NY 10591 | $26,226.47 | $0.00 | $219.49 |
| 4 | Igenio El Angel S.A. De C.V. c/o Law Offices of Michael S. Hacker 200 South Biscayne Blvd., Ste 3800 Miami, FL 33131-2310 | $582,945.10 | $0.00 | $4,878.58 |
| 5 | Toshoku Ltd. 14th Floor, Alphage House 2 Fore Street London EC2Y 5DJ England | $5,935.86 | $0.00 | $49.68 |

| | | | | |
|---|---|---|---|---|
| 6 | Sucden UK Ltd.<br>5 London Bridge Street<br>London SE1 9SG England | $963,217.89 | $0.00 | $8,061.02 |
| 7 | Cane International Corp.<br>s/a Fluxo-Comercio E Assessoria International<br>Rua Dr. Renato Paes de Barros 778-2 Anda Itaim Bibi Sao Paulo-SP<br>Brazil | $28,440.00 | $0.00 | $238.01 |
| 8 | Top Glory (Top Glory Sugar Co., Ltd)<br>2802 Top Glory Tower<br>262 Gloucester Road<br>Causeway Bay Hong Kong | $136,307.21 | $0.00 | $1,140.73 |
| 9 | Amaro Stuber E Advogados<br>AV Paulista 1499 18 Andar<br>CEP 01311 928 Sao Paulo SP<br>Brazil | $949.54 | $0.00 | $7.95 |
| 13 | Kenny Stearns<br>26 Broadway, 27th Floor<br>New York, NY 10004-1882 | $10,650.00 | $0.00 | $89.13 |
| 14A | GE Capital Corp.<br>Successor to Carr Financial Serv.<br>United Portfolio Management, Inc.<br>Attn: Jodi Munkelwitz<br>1360 Energy Park Drive, Ste 340<br>St. Paul, MN 55108 | $2,154.86 | $0.00 | $18.03 |
| 14B | GE Capital Corp.<br>Successor to Carr Financial Serv.<br>United Portfolio Management, Inc.<br>Attn: Jodi Munkelwitz<br>1360 Energy Park Drive, Ste 340<br>St. Paul, MN 55108 | $200.00 | $0.00 | $1.67 |
| 15 | New York Sugar Trade Lab Inc.<br>30 Terminal Avenue, West<br>Clark, NJ 07066 | $507.30 | $0.00 | $4.25 |
| 17 | Intercoast Shipping, Ltd.<br>Lyon, Skoufalos, Proios & Flood, LLP<br>Attn: Kirk M.H. Lyons<br>Herald Square Building<br>1350 Broadway, Ste 1507<br>New York, NY 10018-7715 | $30,667.56 | $0.00 | $256.65 |
| 19 | RZB Finance, LLC<br>c/o Paul R. Wiener, Esq.<br>Connell & Wiener, LLP<br>545 Fifth Avenue<br>New York, NY 10017 | $661,482.86 | $0.00 | $5,535.85 |
| 20 | Copersucar<br>Rua Borges de Figueiredo<br>237 03110 900 Sao Paulo SP Brazil | $1,642,230.00 | $0.00 | $13,743.57 |
| 21 | Mitsui Co.<br>Attn: Sam Danzis, Esq.<br>200 Park Avenue | $24,693.26 | $0.00 | $206.65 |

|    | New York, NY 10166-0130 |    |    |    |
|----|-------------------------|----|----|----|
| 22 | Redview S.A.<br>AV Libertador Lavalleja 1532<br>Piso 10 of 12 Montevideo Uruguay | $2,107,389.20 | $0.00 | $17,636.42 |
| 23 | Cero Navigation<br>Attn: Robert G. Shaw, Esq.<br>c/o Healy & Baillie, LLP<br>29 Broadway<br>New York, NY 10006 | $28,599.44 | $0.00 | $239.34 |
| 24 | Refco Group Ltd., LLC<br>James Behrmann, Chief Credit Officer<br>One World Financial Center<br>200 Liberty Street<br>New York, NY 10281 | $2,857,364.63 | $0.00 | $23,912.85 |
| 25 | Anthony Lombardo<br>769 Wesley Street<br>Baldwin, NY 11510 | $3,554.47 | $0.00 | $29.75 |
| 26 | John Gethins<br>800 Tuckahoe Rd.<br>Yonkers, NY 10710 | $3,428.49 | $0.00 | $28.69 |
| 28 | Merrill Lynch Commodity Finance Inc.<br>World Financial Center, South Tower<br>New York, NY 10080 | $3,025,930.18 | $0.00 | $25,323.55 |
| 29 | Cargill International S.A.<br>Geneva Branch<br>14 Chemin de Normandle<br>CH-1211 Genera 12, Switzerland | $48,443.75 | $0.00 | $405.42 |
| 30A | Brauner Baron Rosenzweig & Klein, LLP<br>Alan Nisselson, Esq.<br>61 Broadway, 18th Floor<br>New York, NY 10006 | $0.00 | $0.00 | $0.00 |
| 31 | Vision Royal Commodities Corp.<br>Units 1007 and 2402<br>Cityland Condominium 10, Tower 1<br>H.V. Dela Costa Street<br>Salcedo Village, Makati City<br>Philippines | $22,900.65 | $0.00 | $191.65 |
| 32 | La Filipina Uy Gonco Corp.<br>Rm 501 S. State Centre Bldg.<br>333 Juan Luna St Binondo<br>Manila Philippines | $5,756.00 | $0.00 | $48.17 |
| 33A | Societe Generale | 11,214,367.73 | $0.00 | $93,851.34[6] |

---

[6] In exchange for the assignment to the Bank Group of all of the estate's right, title and interest in and to the Brazilian Litigation, Societe Generale, Standard Bank London and Banque Worms have agreed to a voluntary reduction in their pro rata distribution in a proportionate share in the aggregate of $97,500.00, which sum represents the Trustee's additional commissions of $21,000.00, payment due special counsel,

|  | | | | |
|---|---|---|---|---|
|  | Attn: Legal Department<br>1221 Avenue of the Americas<br>New York, NY 10020 |  |  | -$29,055.00<br>$64,796.34 |
| 34 | Societe Generale<br>Attn: Ms. Kathleen Sweeney<br>1221 Avenue of the Americas<br>New York, NY 10020 | $3,396,762.82 | $0.00 | $28,426.99[6]<br>-$8,775.00<br>$19,651.99 |
| 35 | Prudential Securities Inc.<br>Attn: Kenneth P. Coleman, Esq.<br>Cadwalader, Wickersham & Taft<br>100 Maiden Lane<br>New York, NY 10038 | 500,568.91 | $0.00 | $4,189.19 |
| 36 | P-B Finance Ltd.<br>Attn: Kenneth P. Coleman, Esq.<br>Cadwalader, Wickersham & Taft<br>100 Maiden Lane<br>New York, NY 10038 | $7,100,939.02 | $0.00 | $59,426.68 |
| 37A | Standard Bank London Limited<br>Attn: Gerald R. Freedman, Esq.<br>c/o Morgan, Lewis & Bockus LLP<br>101 Park Avenue<br>New York, NY 10178 | $12,873,399.09 | $0.00 | $107,735.53[6]<br>-$33,442.50<br>$74,293.03 |
| 38B | Banque Worms<br>Attn: Regis Finet<br>Tour Boltair<br>1 Place Des Degres<br>92059, La Defense Paris France | $0.00 – claim subsumed by Claim No. 38A | $0.00 | $0.00 |
| 38C | Banque Worms<br>Attn: Regis Finet<br>Tour Boltair<br>1 Place Des Degres<br>92059, La Defense Paris France | $10,089,161.13 | $0.00 | $84,434.66[6]<br>-$26,227.50<br>$58,207.16 |
| 39 | Fabrica National De Quimicos SA<br>Final 67 Avenida Sur No<br>255 A Colonia Roma<br>San Salvador, El Salvador | $429.08 | $0.00 | $3.59 |
| 40 | Manuel Enrique Flamenco<br>Final 67 Avenida Sur No<br>255 A Colonia Roma<br>San Salvador, El Salvador | $1,206.55 | $0.00 | $10.10 |
| 42 | Robert Gutman<br>5 East 22nd Street<br>New York, NY 10010 | $3,426.86 | $0.00 | $28.68 |
| 43 | BMCC America, Inc.<br>Lyons, Skoufalos, Proios & Flood, LLP<br>1350 Broadway, Ste 1507<br>New York, NY 10018-7702 | $305,000.00 | $0.00 | $2,552.50 |
| 44 | GNI Ltd.<br>c/o L.P. Harrison 3rd<br>Curtis, Mallet-Prevost, Colt & Mosle LLP | $0.00 | $0.00 | $0.00 |

Ricardo Teppedino, Esq., in the amount of $70,000.00 for their efforts in the Brazilian Litigation, and an additional payment of $6,500.00 for reimbursement to Ricardo Teppedino, Esq., to file protests in Brazil.

| | | | | |
|---|---|---|---|---|
| | 101 Park Avenue<br>New York, NY 10178 | | | |
| 46 | John C. Cody<br>12 Main Street<br>New Canaan, CT 06840 | $3,428.49 | $0.00 | $28.69 |
| 47 | Fimat International Banque S.A. (U.K. Branch)<br>630 Fifth Avenue, Suite 500<br>New York, NY 10111 | $5,177,446.98 | $0.00 | $43,329.27 |
| 48 | Pitney Bowes Credit Corp<br>27 Waterview Drive<br>Shelton, CT 06484-5151. | $1,360.78 | $0.00 | $11.39 |
| 49 | Merrill Lynch Futures Inc.<br>World Financial Center<br>South Tower<br>New York, NY 10080 | $42,231.33 | $0.00 | $353.43 |
| 52 | XYZ Two Way Radio Svc.<br>275 20th Street<br>Brooklyn, NY 11215 | $346.20 | $0.00 | $2.90 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a)(3) Late unsecured claims. | $669,020.71 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 50 | GNI LTD. | $484,064.60 | $0.00 | $0.00 |
| 51 | PESTALOZZI GMUER & PATRY | $85,218.42 | $0.00 | $0.00 |
| 53 | GUY-PHILIPPE RUBELI, ATT | $70,934.31 | $0.00 | $0.00 |
| 54 | CHIOS DREAM SHIPPING AND TRADING, S | $28,803.38 | $0.00 | $0.00 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a)(4) - Fines penalties | $0.00 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a)(5) - Interest | $0.00 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | INTERIM PAYMENT TO DATE | FINAL DIVIDEND % |
|---|---|---|---|
| Section 726(a)(6) Surplus to Debtor | $0.00 | 0.00% | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF INTERIM DIVIDEND | AMOUNT OF DIVIDEND |
|---|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order, have been withdrawn or by the claimant or have been superseded by the filing of a subsequent claim:

| TYPE OF CLAIM | CLAIM # | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN SUPERSEDED |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| General Unsecured 726(a)(2) | 000010 | JOHN SCOTT<br>40 LYDECKER STREET<br>ENGLEWOOD NJ 07631 | $55,469.00 | Claim disallowed by Stipulation of Settlement in Adversary Proceeding |
| General Unsecured 726(a)(2) | 000011 | MIGUEL BARG<br>180 E END AVE APT 8F<br>NEW YORK, NY 10128 | $196,776.92 | Claim disallowed by Stipulation of Settlement in Adversary Proceeding |
| General Unsecured 726(a)(2) | 000012 | CANE INTERNATIONAL CORP<br>RUA DR RENATO PAES DE BARROS 778 20 ANDAR<br>SAO PAULO BRAZIL 04530-001 | $28,440.07 | Withdrawn as duplicate to Claim No. 7, per letter agreement dated 7/24/06 and acknowledged on 8/2/06 |
| General Unsecured 726(a)(2) | 000016 | MIGUEL BARG<br>180 E END AVE APT 8F<br>NEW YORK, NY 10128 | $1,140,986.50 | Amends no. 10. Claim disallowed by Stipulation of Settlement in Adversary Proceeding |
| General Unsecured 726(a)(2) | 000027 | ANNIE MOZES<br>ESTATE OF JEAN MAX MOZES<br>365 ST. NICHOLAS AVENUE<br>HAWORTH, NJ 07641 | $0.00 | Claim disallowed by Stipulation of Settlement in Adversary Proceeding |
| General Unsecured 726(a)(2) | 000041 | DANIEL GUTMAN<br>6 BLUE SEA LANE<br>KINGS POINT, NY 11024 | $525,149.95 | Claim disallowed by Stipulation of Settlement in Adversary Proceeding |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 24, 2008

KENNETH P. SILVERMAN
Trustee for the Estate of

Imm/D253474v/F040001

CZARNIKOW-RIONDA SUGAR
TRADING INC.