# SILVERMANACAMPORA LLP

LYNNE M. MANZOLILLO
PARALEGAL ADMINISTRATOR

DIRECT DIAL: 516.479.6316
DIRECT FAX: 516.945.6316
LMANZOLILLO@SILVERMANACAMPORA.COM

February 3, 2009

**Via Certified Mail, Return Receipt Requested**
Clerk of the U.S. Bankruptcy Court
1 Bowling Green
New York, NY 10004

    Re:    **Czarnikow Rionda Sugar Trading, Inc.**
             **Chapter 7**
             **Case No.99-10497-RDD**
             **Our File No. 40001**

Dear Sir/Madam:

Enclosed please find Trustee's Check No. 755, in the amount of $50,745.92, which sum represents unclaimed final distributions as referenced below in this matter.

| Claimant | Amount of Check |
|---|---|
| Banque Worms<br>Attn: Regis Finet<br>Tour Boltair<br>1 Place Des Degres<br>92059, Paris La Defense | $11,759.47 |
| Sprint<br>8330 Ward Parkway<br>Kansas City, MO 64114 | $4.35 |
| RZB Finance, LLC<br>c/o Paul R. Wiener, Esq.<br>Connell & Wiener, LLP<br>545 Fifth Avenue<br>New York, NY 10017 | $770.99 |
| Refco Group Ltd., LLC<br>James Behrmann Chief Credit Officer<br>One World Financial Center<br>200 Liberty Street<br>New York, NY 10281 | $3,330.42 |
| Credit Agricole Indosuez<br>Attn: Valerie Ollier<br>520 Madison Avenue<br>New York, NY 10022 | $5,854.10 |
| Copersucar<br>Rua Borges De Figueiredo<br>237 03110 900 Sao Paulo<br>SP BRAZIL | $1,914.11 |
| Compania Azucarera Salvadorens, S.A.<br>c/o Law Offices of Michael S. Hacker<br>200 South Biscayne Blvd.<br>Suite 3800<br>Miami, FL 33131-2310 | $191.33 |
| Fortis (USA) Finance LLC<br>520 Madison Avenue<br>New York, NY 10022 | $14,163.87 |




FEB - 6 2009

lmm/D278182v/F040001

SILVERMAN
ACAMPORA LLP
February 3, 2009
Page 2

| Name / Address | Amount |
|---|---|
| Igenio El Angel S.A. De C.V.<br>c/o Law Offices of Michael S. Hacker<br>200 South Biscayne Blvd.<br>Suite 3800<br>Miami, FL 33131-2310 | $679.45 |
| Redview S A<br>Av Libertador Lavalleja 1532<br>Piso 10 of 12 Montevideo<br>URUGUAY | $2,456.27 |
| Anthony Lombardo<br>769 Wesley Street<br>Baldwin, NY 11510 | $4.14 |
| Merrill Lynch Futures Inc.<br>World Financial Center<br>South Tower<br>New York, NY 10080 | $49.22 |
| Merrill Lynch Commodity Finance Inc.<br>World Financial Center<br>South Tower<br>New York, NY 10080 | $3,526.89 |
| Fimat International Banque S.A. (UK Branch)<br>630 Fifth Avenue, Suite 500<br>New York, NY 10111 | $6,034.60 |
| La Filipina Uy Gonco Corp.<br>RM 501 S State Centre Bldg.<br>333 Juan Luna St. Binondo<br>MANILA PHILIPPINES | $6.71 |
| Total | $50,745.92 |

If you have any questions with regard to the foregoing, please do not hesitate to contact me.

Very truly yours,

Lynne M. Manzolillo



LMM/idi
Encl.
cc: Kenneth P. Silverman, Esq., Trustee

UNITED STATES
BANKRUPTCY COURT
Southern District of New York "
One Bowling Green Division

# 00178190 — KC
February 9, 2009

| Code | Case # | Qty | Amount |
|---|---|---|---|
| UNCLAIME | 99-10497 | | 50,745.92 CK |

TOTAL→   50,745.92

FROM: UNCLAIMED
  99-10497
  KENNETH P. SILVERMAN