UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                          Chapter 7
                                                Case No. 99-10497-RDD
Czarnikow Rionda Sugar Trading, Inc.

                    Debtor.                      **ORDER FOR REIMBURSEMENT**
                                                **OF UNCLAIMED DIVIDENDS**
                                                **BY P-B FINANCE, LTD**

-------------------------------------------------------x

By letter to the Clerk of the Court dated October 20, 2008, the Trustee in the above-captioned Chapter 7 proceeding forwarded funds to the Clerk of the Court representing unclaimed final distributions owing to P-B Finance Ltd in the amount of $59,426.68 (docket entry 240) and by letter to the Clerk of the Court dated October 27, 2008, the Trustee forwarded supplemental final distribution checks to the Clerk of the Court representing additional unclaimed dividends owing to P-B Finance Ltd in the about of $8,276.53 (docket entry no. 239).

P-B Finance Ltd has applied to this Court for reimbursement of these unclaimed dividends. The Court finds that upon the Affidavit of Donald Levine, sworn to the 29th day of July 2009, together with the exhibits annexed thereto, P-B Finance Ltd timely filed Proof of Claim No. 36 and is entitled to the unclaimed dividends associated with it. Accordingly it is hereby

ORDERED that the Clerk of the Court issue a check in the amount of $67,703.21 payable to P-B Finance Ltd and forward it to payee at the following address: Law Department (attention: Kenneth Fuchs), Prudential Equity Group, LLC, One New York Plaza - 16th Floor, New York, NY 10292-2016.

SO ORDERED, this 30th day of December 2009 at New York, New York.

                                        /s/ Stuart M. Bernstein
                                        United States Bankruptcy Judge